# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CEDRIC HARRINGTON, | § | |
| | § | No. 177, 2017 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | in and for New Castle County |
| | § | |
| DEPARTMENT OF SERVICES | § | File Nos. CN13-04286 & 14-10-13TN |
| FOR CHILDREN, YOUTH, AND | § | Petition Nos. 13-24382 & 14-30215 |
| THEIR FAMILIES (DSCYF), | § | |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: March 27, 2019
Decided: April 9, 2019

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 9th day of April, 2019, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Family Court should be affirmed on the basis of and for the reasons assigned in its March 23, 2017 decision.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice